1026

No. 904, Misc. SHARPE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1179, Misc. PEREZ *v.* FIELD, MEN'S COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1203, Misc. THURMAN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 1282, Misc. SCHMID *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1308, Misc. POLHILL *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1309, Misc. BLACKMAN *v.* PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 1331, Misc. MARTIN *v.* CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 1366, Misc. VANHOOK *v.* TRAYNOR, CHIEF JUSTICE OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1394, Misc. HENDRICKSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Edward Fenig* for the United States.